DEC-09-2014  08:05           RECON

Case 2:14-cv-07115-SRC-CLW   Document 4   Filed 11/13/14   Page 1 of 2 PageID: 126

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

TRAVELODGE HOTELS, INC.,
*Plaintiff*

V.                                          **SUMMONS IN A CIVIL CASE**

BAPU CORPORATION, ET AL.,
*Defendant*

CASE NUMBER: 2:14-CV-07115-SRC-CLW

TO: *(Name and address of Defendant)* **BAPU CORPORATION**

c/o Harshad Patel
2735 U.S. Hwy. 22 West
Union NJ 07083

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**LECLAIRRYAN**
One Riverfront Plaza
1037 Raymond Boulevard, Sixteenth Floor
Newark, New Jersey 07102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

WILLIAM T. WALSH
CLERK

John Reilly
(By) DEPUTY CLERK

ISSUED ON 2014-11-13 15:06:00, Clerk
USDC NJD

DEC-09-2014 08:05 RECON

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:14-CV-07115-SRC-CLW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Bapu Corporation

was received by me on *(date)* 11/25/14

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Harshad Patel, c/o Harsnad Patel, 2735 US Highway 22 West, Union, NJ, who is designated by law to accept service of process on behalf of *(name of organization)* Bapu Corporation on *(date)* 12/2/14 ; or

☐ I returned the summons unexecuted because _____ ; or

Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 12/4/14

Server's signature

James Reap
Printed name and title

50 Main Street, Hackensack NJ 07601
Server's address

Additional information regarding attempted service, etc:

RECON MANAGEMENT GROUP 30400 TELEGRAPH ROAD, SUITE 472 BINGHAM FARMS, MI 48025-2364

Case 2:14-cv-07115-SRC-CLW   Document 4   Filed 11/13/14   Page 1 of 2 PageID: 126

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

TRAVELODGE HOTELS, INC.,
*Plaintiff*

V.

SUMMONS IN A CIVIL CASE

BAPU CORPORATION, ET AL.,
*Defendant*

CASE NUMBER: 2:14-CV-07115-SRC-CLW

TO: *(Name and address of Defendant):* **HARSHAD PATEL**

2-735 U.S Hwy. 22 West
Union NJ 07083

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

LECLAIRRYAN
One Riverfront Plaza
1037 Raymond Boulevard, Sixteenth Floor
Newark, New Jersey 07102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

WILLIAM T. WALSH
CLERK

John Reilly
(By) DEPUTY CLERK



ISSUED ON 2014-11-13 15:06:00 Clerk
USDC NJD

DEC-09-2014  08:06        RECON

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:14-CV-07115-SRC-CLW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Harshad Patel
was received by me on *(date)* 11/25/14

☒ I personally served the summons on the individual at *(place)* 2735 US Highway 22 West, Union, NJ 07083
on *(date)* 12/2/14 ; or
Harshad Patel

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

Other *(specify)*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 12/4/14

Server's signature

James Reap
Printed name and title

50 Main Street, Hackensack NJ 07601
Server's address

Additional information regarding attempted service, etc:

*RECON MANAGEMENT GROUP 30400 TELEGRAPH ROAD, SUITE 472 BINGHAM FARMS, MI 48025-2364*

TOTAL P.05