# EXHIBIT A

**LeClairRyan**
*A Professional Corporation*
One Riverfront Plaza
1037 Raymond Boulevard
Newark, New Jersey 07102
(973) 491-3600
Attorneys for Plaintiff, Travelodge Hotels, Inc.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TRAVELODGE HOTELS, INC., a Delaware Corporation, : | |
| Plaintiff, : | Civil Action No. 14-cv-7115 (SRC)(CLW) |
| v. : | **CONSENT JUDGMENT AS TO BAPU CORPORATION, ONLY** |
| BAPU CORPORATION, a New Jersey Corporation; and HARSHAD PATEL, an individual; : | |
| Defendants. : | |

**THIS MATTER** having been opened to the Court by LeClairRyan, attorneys for plaintiff, Travelodge Hotels, Inc. ("THI"), with the consent of defendant Bapu Corporation, only, and it appearing that the parties entered into a Settlement Agreement dated ~~_____~~ to resolve the within litigation and, as part of that Settlement Agreement, defendant, Bapu Corporation, willingly executed this consent judgment; and good cause appearing;

IT IS on this __4th__ day of __April__, 2016,

**ORDERED** that judgment be and the same is entered as to the Third, Fifth, and Sixth Counts of the Complaint in favor of THI, and against Bapu Corporation, only, in the amount of $165,000.00; and it is further

**ORDERED** that Bapu Corporation's Counterclaim is dismissed with prejudice; and it is further

**ORDERED** that the First, Second, Fourth, and Eighth Counts of THI's Complaint against Bapu Corporation are hereby dismissed, without prejudice.

                                                                                             _____
                                                                                             HON. STANLEY R. CHESLER, U.S.D.J.

We hereby consent to the form and entry of this Consent Order:

**LeClairRyan**
Attorneys for Plaintiff,
Travelodge Hotels, Inc.

By: _____
       Bryan P. Couch

Date: 3/28/16

**Bapu Corporation**

By: _____
Name: Harshad C. Patel
Title: president
Date: 3-28-16